

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                           CRIMINAL NO. 2:17cr17KS-MTP

STUART BRIAN NICKEY                                18 U.S.C. § 1111 (2nd Degree)

**The Grand Jury charges**:

That on or about July 1, 2017, in Jones County, in the Eastern Division of the Southern District of Mississippi, on lands within the confines of the Bogue Homa Community of the Choctaw Indian Reservation in the Indian Country, the defendant, **STUART BRIAN NICKEY**, a Choctaw Indian, with malice aforethought did unlawfully kill C.S., a Choctaw Indian, by striking her in the head and face, in violation of Sections 1153 and 1111 (2nd Degree), Title 18, United States Code.

_____
HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:

s/ signature redacted
_____
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 7th day of SEPTEMBER, 2017.

_____
UNITED STATES MAGISTRATE JUDGE